IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GERMAINE PARKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. CIV-05-858-T |
| ) | |
| RANDALL G. WORKMAN, Warden, et al., ) | |
| ) | |
| Respondents. ) | |

## O R D E R  A N D  J U D G M E N T

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Doyle W. Argo pursuant to 28 U.S.C. § 636(b)(1)(B)-(C). Judge Argo recommends that the petition under 28 U.S.C. § 2241 be dismissed upon filing as untimely under 28 U.S.C. § 2244(d). Petitioner has neither objected to the Report nor requested additional time to file an objection.

The Court finds Petitioner has waived further review of all issues. Also, based on *de novo* review of the file, the Court finds Judge Argo's analysis is entirely correct. Therefore, the Court adopts the Report and Recommendation [Doc. 11] in its entirety.

The Petition for Writ of Habeas Corpus is dismissed upon filing as untimely.

Entered this 31st day of October, 2005.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE